

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRIPLE CROWN MOVING AND STORAGE, LLC, | § | No. 08-19-00264-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| JEFF ACKERMAN, | § | |
| | § | (TC#2019-CCV00970) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the county court's order dismissing the appeal and remand the cause to the county court for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF SEPTEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.